# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | | |
|---|---|---|
| RAHEEM ABDUL EDWARDS, | ) | No. SA CV 13-1018-PSG (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| T. LAVALLEY, Superintendent, <u>et al.</u>, | ) | |
| Respondents. | ) | |

    Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED:  May 8, 2014

_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE